IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:08-cv-3160 |
| RANDAL J. PETERSON and VALERA L. PETERSON, | ) ) ) ) |
| Defendants. | ) ) |

## ANSWER

NOW COME Defendants Randal J. Peterson, M.D. and Valera L. Peterson by their attorneys Sorling, Northrup, Hanna, Cullen & Cochran, Ltd., Thomas H. Wilson and April G. Troemper, of Counsel and for their answer to the complaint filed by the plaintiff United States of America state as follows:

1. Defendants admit the allegations of paragraph 1.

2. Defendants admit the allegations of paragraph 2.

3. Defendants admit the allegations of paragraph 3.

4. Defendants admit the allegations of paragraph 4, except as to the alleged date of the Amended Returns which is denied.

5. Defendants admit that the IRS issued refund checks payable to the Defendants in the amounts set forth in paragraph 5 for the referenced years. Defendants deny that such checks were "erroneous refunds." Defendants deny all remaining allegations of paragraph 5 not admitted above.

## AFFIRMATIVE DEFENSES

1.	Plaintiff's claim is barred by the applicable statute of limitations, statute of repose and/or otherwise time barred.

**DEFENDANTS DEMAND TRIAL BY JURY.**

Respectfully submitted,

/s/  Thomas H. Wilson
Thomas H. Wilson (06202141) – Lead Counsel
April G. Troemper
Attorneys for Randal J. Peterson, M.D. and
Valera L. Peterson
SORLING, NORTHRUP, HANNA
CULLEN & COCHRAN, LTD.
Suite 800 Illinois Building
Post Office Box 5131
Springfield, IL 62705
Telephone:  (217) 544-1144
Facsimile:   (217) 522-3173
E-Mail:  thwilson@sorlinglaw.com
E-Mail:  agtroemper@sorlinglaw.com

## PROOF OF SERVICE

I hereby certify that on September 16, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Douglas Snoeyenbos
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044

        Respectfully submitted,

        /s/  Thomas H. Wilson
        Thomas H. Wilson (06202141) – Lead Counsel
        April G. Troemper
        Attorneys for Randal J. Peterson, M.D. and
        Valera L. Peterson
        SORLING, NORTHRUP, HANNA
        CULLEN & COCHRAN, LTD.
        Suite 800 Illinois Building
        Post Office Box 5131
        Springfield, IL 62705
        Telephone:  (217) 544-1144
        Facsimile:   (217) 522-3173
        E-Mail:  thwilson@sorlinglaw.com
        E-Mail:  agtroemper@sorlinglaw.com